# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARTIN ZAMORA, | Criminal No.2:25-CR-00439-1 |

## UNITED STATES' NOTICE OF APPEAL
## AND U.S. ATTORNEY CERTIFICATION
## PURSUANT TO 18 U.S.C. § 3731

Under the authority of 18 U.S.C. § 3731, the United States of America appeals to the United States Court of Appeals for the Fifth Circuit from the district court's pretrial order and opinion on suppression, entered on December 15, 2025, suppressing evidence in this criminal proceeding. (Dkt. 29.)

As required by § 3731, the United States Attorney for the Southern District of Texas, Nicholas J. Ganjei, certifies that the appeal is not taken for purposes of delay and that the evidence suppressed is a substantial proof of a fact material in the proceedings.

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney
Southern District of Texas

_____
YASMINE K. TUCKER
Assistant United States Attorney
SDTX: 3851541
Michigan Bar # P77153
USAO for the Southern
District of Texas
One Shoreline Plaza
800 N. Shoreline Blvd.,
Ste.500
Corpus Christi, TX 78401
PH: (361)888-3111, Ext. 37924

## **CERTIFICATE OF SERVICE**

I certify that on January 12, 2026, an electronic copy of "United States' Notice of Appeal and U.S. Attorney Certification Pursuant to 18 U.S.C. § 3731" was served by notice of electronic filing via this Court's CM/ECF system upon Christopher Jenkins, attorney for Martin Zamora.

/s/ YASMINE K. TUCKER
YASMINE K. TUCKER
Assistant United States Attorney
