# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff-Appellant,*<br><br>v.<br><br>MARTIN ZAMORA, JR.,<br>    *Defendant-Appellee.* | No. 26-40019 |

## UNITED STATES' UNOPPOSED MOTION TO WITHDRAW NOTICE OF APPEAL AND TO DISMISS APPEAL

The United States of America respectfully moves to withdraw its notice of appeal and to dismiss its appeal. *See* Fed. R. App. P. 42(b); 5th Cir. R. 42.1.

The Grand Jury for the Southern District of Texas charged Martin Zamora Jr., in a three-count indictment, with one count of possessing with intent to distribute heroin, one count of using and carrying a firearm during and in relation to a drug trafficking offense, and one count of being a felon in possession of a firearm. Zamora filed a motion to suppress evidence obtained during a protective sweep of his apartment, arguing law enforcement lacked legal authority to enter his home and exceeded the permissible scope of the sweep once inside. The district court entered an order granting Zamora's motion on December 15, 2025. The United

States filed a timely notice of appeal on January 12, 2026. *See* 18 U.S.C. § 3731; Fed. R. App. P. 4(b)(1)(B)(i).

After further examination of the record and the legal issues, the United States has decided not to pursue an appeal from the order in this case. Accordingly, the United States respectfully requests that this Court grant this unopposed motion to withdraw its notice of appeal and to dismiss its appeal. *See* 5th Cir. R. 42.1 ("In all cases where the appellant or petitioner files an unopposed motion to withdraw the appeal…the clerk will enter an order of dismissal and issue a copy of the order as the mandate").

        Respectfully submitted,

        NICHOLAS J. GANJEI
        United States Attorney

        CARMEN CASTILLO MITCHELL
        Chief, Appellate Division

        s/ Cole J. Royer
        COLE J. ROYER
        Assistant United States Attorney
        United States Attorney's Office
        Southern District of Texas
        1000 Louisiana, Suite 2300
        Houston, Texas 77002
        (713) 567-9102

        ATTORNEYS FOR APPELLANT

## CERTIFICATE OF CONFERENCE

The United States has conferred with Martin Zamora Jr.'s appellate counsel, Assistant Federal Public Defender Victoria Garcia-Cross, regarding this motion and she is unopposed.

## CERTIFICATE OF SERVICE

I, Assistant United States Attorney Cole Royer, hereby certify that on January 20, 2026, an electronic copy of "United States' Unopposed Motion to Withdraw Notice of Appeal and to Dismiss Appeal" was served by notice of electronic filing via this Court's CM/ECF system upon opposing counsel, Assistant Federal Public Defender Victoria Garcia-Cross.

s/Cole J. Royer
COLE J. ROYER
Assistant United States Attorney
Dated: January 20, 2026

# CERTIFICATE OF COMPLIANCE

1.  This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 256 words, excluding any part exempted by Fed. R. App. P. 27(a)(2)(B).

2.  This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in Century Schoolbook, 14-point font for text and 12-point font for footnotes.

3.  This document complies with the privacy redaction requirement of 5th Cir. R. 25.2.13 because it has been redacted of any personal data identifiers.

4.  This document complies with the electronic submission of 5th Cir. R. 25.2.1, because it is an exact copy of the paper document.

5.  This document has been scanned for viruses with the most recent version of McAfee Endpoint Security and is free of viruses.

s/Cole J. Royer
COLE J. ROYER
Assistant United States Attorney
Dated: January 20, 2026
